UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PAPADOPOLI and<br>ANTOINETTA RICCARDI, | Civil Action No.<br>12-CV-1178(FJS-RFT) |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| -vs- | |
| D.S. AXTELL and<br>MARGARET A. AXTELL, | |
| **Defendants.** | |

The matter in the above-captioned action having been amicably resolved by and between plaintiffs Michael Papadopoli and Antoinetta Ricardi, and defendants D.S. Axtell and Margaret A. Axtell, upon negotiated terms all parties agree are fair and reasonable,

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a) that the above-entitled action be, and the same hereby is dismissed with prejudice and without costs or attorneys' fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: October 15, 2013

/s/ Drew Palcsik
**LAW OFFICE OF MARK SCHNEIDER**
By: Drew Palcsik, Esq.
Attorney for Plaintiffs
**Bar Roll No. 516643**
57 Court Street
Plattsburgh, New York 12901
Telephone: 518-566-6666

/s/ Nicole Marlow-Jones
**COSTELLO, COONEY & FEARON, PLLC**
By: Nicole Marlow-Jones, Esq.
Attorney for Defendants
**Bar Roll No. 510513**
500 Plum Street, Suite 300
Syracuse, New York 13204
Telephone: 315-422-1152

## ORDER OF DISMISSAL

SO ORDERED:

_____
**Hon. Frederick J. Scullin, Jr.**
Senior **United States District Judge**

October 28, 2013